1  Daniel Olmos (SBN 235319)
2  Nolan, Armstrong & Barton, LLP
   600 University Avenue
3  Palo Alto, Ca. 94301
   Tel.  (650) 326-2980
4  Fax (650) 326-9704

5  Counsel for Defendant Mark Lipnickey

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

### YOSEMITE DIVISION

| | |
|---|---|
| UNITED STATES, | Case No. 6:14-MJ-00045-MJS-1 |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE INITIAL APPEARANCE** |
| v. | |
| MARK LIPNICKEY, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED between the Government, through the National Park Service Law Enforcement Office, and Defendant Mark Lipnickey, through his attorney Daniel Olmos, that the initial appearance presently set for June 24, 2014, at 10:00 a.m., be continued to July 29, 2014, at 10:00 a.m.  The reason for the request for continuance is that defense counsel has a previously-set preliminary hearing in a murder case in Alameda County on June 24 at 9:00 a.m., and the hearing cannot be moved.

Defense counsel has spoken with Courtroom Deputy Laurie Yu who confirmed that July 29 is available on the Court's calendar. Mr. Lipnickey further agrees to waive personal service of summons indicating the new court date, and agrees to appear in person on July 29, 2014.

IT IS SO STIPULATED:

Dated: June 16, 2014

NOLAN, ARMSTRONG & BARTON LLP

  */s/*
DANIEL B. OLMOS
Attorney for Defendant Mark Lipnickey

Dated: June 16, 2014

  */s/*
MATTHEW REDMAN
Legal Intern, National Park Service

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA
### YOSEMITE DIVISION

| | |
|---|---|
| UNITED STATES,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MARK LIPNICKEY,<br><br>　　　　　Defendant. | Case No. 6:14-MJ-00045-MJS-1<br><br>**ORDER TO CONTINUE INITIAL APPEARANCE** |

　　GOOD CAUSE HAVING BEEN SHOWN, it is hereby ordered that the initial appearance in this matter be and hereby is continued to July 29, 2014, at 10:00 a.m.

IT IS SO ORDERED.

　　Dated:　　June 16, 2014　　　　　　　　　/s/ *Michael J. Seng*
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE